FILED

03 JUN 23 PM 1:52

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOSE RUVALCABA,

CV 08 2483

Plaintiff,

CASE NO. _____ CRB (PR)

vs.

BEN CURRY, WARDEN,

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

Defendant.

I, ___JOSE RUVALCABA___, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received. (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.      Business, Profession or                     Yes ____ No  X

10              self employment

11      b.      Income from stocks, bonds,                   Yes ____ No  X

12              or royalties?

13      c.      Rent payments?                               Yes ____ No  X

14      d.      Pensions, annuities, or                      Yes ____ No  X

15              life insurance payments?

16      e.      Federal or State welfare payments,           Yes ____ No  X

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                                 Yes ____ No  X

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1  b. List the persons other than your spouse who are dependent upon you for
2    support and indicate how much you contribute toward their support. (NOTE:
3    For minor children, list only their initials and ages. DO NOT INCLUDE
4    THEIR NAMES.).

5 _____

6 _____

7 5. Do you own or are you buying a home? Yes \_\_\_ No _X_

8 Estimated Market Value: \$_____ Amount of Mortgage: \$_____

9 6. Do you own an automobile? Yes \_\_\_ No _X_

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_\_ No \_\_\_\_\_ If so, Total due: \$_____

12 Monthly Payment: \$_____

13 7. Do you have a bank account? Yes \_\_\_\_ No _X_ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): \$_____

17 Do you own any cash? Yes \_\_\_ No _X_ Amount: \$_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes \_\_\_ No _X_

20 _____

21 8. What are your monthly expenses? N/A

22 Rent: \$_____ Utilities: _____

23 Food: \$_____ Clothing: _____

24 Charge Accounts:

25

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 26 | \$ | \$ |
| 27 | \$ | \$ |
| 28 | \$ | \$ |

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3        NONE.

4

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?    Yes _____ No _X_

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9

10

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    __05-23-08__                    _____

17        DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1

2                                    **Case Number:** _____

3                                              )

4

5

6

7

8                          **CERTIFICATE OF FUNDS**

9                                    **IN**

10                          **PRISONER'S ACCOUNT**

11

12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of ___JOSE  RUVALCABA_____ for the last six months
                                              [prisoner name]
14  _____CTF-SOLEDAD_____ where (s)he is confined.
              [name of institution]
15  I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ _____ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $_____.

18

19  Dated:_____          _____
                                    [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

'I certify that attached hereto is a true and correct copy of

the prisoner's trust account statement showing transactions of

__Ruvalcaba, Jose__ for the last six months at
[prisoner name]

__CTF-Soledad__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this

prisoner's account for the most recent 6-month period were $ 45.00

and the average balance in the prisoner's account each month for

the most recent 6-month period was $ 38.26.

Dated: 6-18-08

Yolanda Chang
Authorized officer of the institution
Accountant / Specialist

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
Attn: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/18/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Yolanda Chang
TRUST OFFICE
Accountant / Specialist

4

REPORT ID: TS3030  .701

REPORT DATE: 06/18/08
PAGE NO:  1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 19, 2008 THRU JUN. 18, 2008

ACCOUNT NUMBER : H21975
ACCOUNT NAME   : RUVALCABA, JOSE
PRIVILEGE GROUP: A

BED/CELL NUMBER: CFFWT20000002111L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/19/2008 | | BEGINNING BALANCE | | | | | 50.00 |
| 01/22 | FC01 | DRAW-FAC 1 | 2296 ML | | | 50.00 | 0.00 |
| 03/18 | D300 | CASH DEPOSIT | 3034 68401 | | 60.00 | | 60.00 |
| 03/24 | FC01 | DRAW-FAC 1 | 3080 ML | | | 20.00 | 40.00 |
| 04/04 | W415 | CASH WITHDRAW | 3206 MAR08 | 203438814 | | 36.88 | 3.12 |
| 04/15 | D300 | CASH DEPOSIT | 3377 66783 | | 60.00 | | 63.12 |
| 04/21 | FC01 | DRAW-FAC 1 | 3448 ML | | | 35.00 | 28.12 |
| 05/08 | W534 | MEDICAL CHARG | 3696 ARCH | | | 10.50 | 17.62 |
| 05/15 | D300 | CASH DEPOSIT | 3790 70361 | | 150.00 | | 167.62 |
| 05/23 | W512 | LEGAL POSTAGE | 3922 LPOST | | | 4.80 | 162.82 |
| 05/27 | FC01 | DRAW-FAC 1 | 3935 ML | | | 60.00 | 102.82 |
| 06/11 | FC01 | DRAW-FAC 1 | 4162 ML | | | 50.00 | 52.82 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 50.00 | 270.00 | 267.18 | 52.82 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------
52.82

Correctional Training Facility
P. O. Box 686
Soledad, California 93960

ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/18/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
Trust Office  Accountant / Specialist



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680