1

2

3

4

5

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12    JOSE RUVALCABA,                    )
                                         )
13              Petitioner,              )        No. C 08-2483 CRB (PR)
                                         )
14       vs.                             )        (CA No. 10-15866)
                                         )
15    BEN CURRY, Warden,                 )        ORDER
                                         )
16              Respondent.              )
      _____)

17

18          Pursuant to the mandate of the Ninth Circuit filed on July 20, 2011, the

19   petition for a writ of habeas corpus challenging the California Board of Parole

20   Hearings' May 9, 2007 decision to deny parole is DENIED.

21          The clerk shall enter judgment in favor of respondent and close the file.

22   SO ORDERED.

23   DATED:   July 22, 2011        _____
                                   CHARLES R. BREYER
24                                 United States District Judge

25

26

27

28   G:\PRO-SE\CRB\HC.08\Ruvalcaba-08-2483-judgment following reversal.wpd